FILED
RICHARD W. NAGEL
CLERK OF COURT
9/9/21
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-cr-117 |
| Plaintiff, | |
| v. | JUDGE Walter H. Rice |
| JEVON D. GRANT, | INFORMATION |
| Defendant. | 18 U. S. C. § 1709 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

Between September 18, 2019, and December 13, 2019, in the Southern District of Ohio, the defendant, JEVON D. GRANT, being an employee of the United States Postal Service ("USPS"), namely, a USPS carrier, did embezzle mail and articles and things contained therein entrusted to him and which came into his possession intended to be conveyed by mail, namely, one piece of first class mail addressed to Individual A containing a company check made payable to Individual A in the amount of $690.39 which the defendant then fraudulently endorsed and deposited into his personal account with the Huntington Bank;

In violation of Title 18, United States Code, Section 1709.

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

DANIEL E. ELLENBOGEN, ESQ. (DC375499)
Special Assistant United States Attorney
200 W. Second Street, Suite 600
Dayton, Ohio 45402